UNITED STATE DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MAUREEN CUSICK, TONYA PATZE, PATRICIA SOLTESIZ, LINDSAY SCHMIDT, JOSHUA BRUNO, VIRGINIA OTTE, PATRICIA SCHWENNKER, JASON PORTERFELD AND JAMIE PORTERFELD, ABIGAIL FISHER, CHRISTI GROSHONG, and ERIC DUFOUR, individually, and on behalf of a class of similarly situated individuals,

Plaintiffs,

v.

FORD MOTOR COMPANY, a Delaware corporation,

Defendant

Case No. 2:15-cv-8831-AB (FFMx)

Hon. Judge André Birotte Jr.

Crt Rm No. 790

**CLASS ACTION**

**[~~PROPOSED~~] ORDER RE: JOINT STATUS REPORT AND STIPULATION TO CONTINUE STAY OF ACTION PENDING SETTLEMENT**

Based on the Joint Status Report and the parties' ongoing work in drafting a formal settlement agreement, the Court hereby orders that the stay entered on October 5, 2016 shall remain in effect pending completion of the parties' settlement agreement.

The parties are ordered to file a motion for preliminary approval of the settlement, or a further Joint Status Report, by January 30, 2017. They shall also file any appropriate Stipulation and Proposed Order to either continue the stay or vacate the stay and set necessary deadlines or briefing schedules.

IT IS SO ORDERED

Dated: December 20, 2016

By:____________________________________

Hon. André Birotte Jr.
United States District Judge